# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3693
LT Case No. 2012-CF-006463-A
_____

DENNIS THURNADO GLOVER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.853 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Daniel Winchester Ripley, of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

No Appearance for Appellee.

June 18, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____